# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>    Plaintiff,<br><br>    v.<br><br>PANAMA JOES INVESTORS,<br>LLC, et al.,<br>    Defendants. | CV 19-09676 DSF (SSx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss with leave to amend and Plaintiff having declined to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 28, 2020

*Dale S. Fischer*
Dale S. Fischer
United States District Judge